IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ALEX CICCOTELLI, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. 2:21-cv-03784-GJP ) ) |
| LYDALL INC., MARC T. GILES, SARA A. GREENSTEIN, DAVID G. BILLS, JAMES J. CANNON, PAUL W. GRAVES, SUZANNE HAMMETT, and KATHERINE C. HARPER, | ) ) ) ) ) ) |
| Defendants. | ) ) |

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL**

PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), plaintiff hereby voluntarily dismisses the above-captioned action (the "Action"). Defendants have filed neither an answer nor a motion for summary judgment in the Action.

Dated:  September 15, 2021

                                       **GRABAR LAW OFFICE**

                               By: *Joshua H. Grabar*
                                       Joshua H. Grabar (#82525)
                                       One Liberty Place
                                       1650 Market Street, Suite 3600
                                       Philadelphia, PA 19103
                                       267-507-6085
                                       jgrabar@grabarlaw.com

                                       *Counsel for Plaintiff*